

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2020

No. 04-19-00068-CR

Victor Manuel **PALOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN001115-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The State's brief was due February 3, 2020. On February 7, 2020, the State filed an unopposed motion seeking an extension to file its brief. On February 19, 2020, the State filed its brief. Accordingly, we **GRANT** the State's motion and deem the brief timely filed.

It is so **ORDERED** on February 24, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT